[No. 67745-4-I.   Division One.   September 3, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEXANDER SINCLAIR CAHILL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-06535-7, Jim Rogers, J., entered September 23, 2011. *Reversed* by unpublished opinion per Becker, J., concurred in by Leach, C.J., and Grosse, J.

[Nos. 68008-1-I; 68009-9-I.   Division One.   September 3, 2013.]

DOUGLAS KRUGER, *Respondent*, v. MICHAEL MOI, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 09-2-36968-2, Laura C. Inveen, J., entered November 28, 2011. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Spearman, J., concurred in by Leach, C.J., and Appelwick, J.

[No. 68267-9-I.   Division One.   September 3, 2013.]

LEWIS C. COLLEY ET AL., *Appellants*, v. PEACEHEALTH, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 08-2-01946-9, Ira Uhrig, J., entered December 29, 2011. *Affirmed* by unpublished opinion per Becker, J., concurred in by Spearman, A.C.J., and Appelwick, J. Now published at 177 Wn. App. 717.

[No. 68348-9-I.   Division One.   September 3, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY ALAN CROW, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-1-00761-2, David A. Kurtz, J., entered February 7, 2012. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Appelwick and Spearman, JJ.